No. 00–10144.  TYSON v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 00–10147.  WILLIAMS v. STUBBLEFIELD, SUPERINTENDENT, MISSOURI EASTERN CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 00–10158.  ALVARADO-ESPARZA v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 00–10160.  LOPEZ-CERVANTES v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 00–10170.  DE LA CRUZ DE JESUS v. UNITED STATES (Reported below: 250 F. 3d 743); AMAYA-FONTES v. UNITED STATES (250 F. 3d 743); ARELLANO-CAMPOS v. UNITED STATES (250 F. 3d 743); CALDERON-MORALES v. UNITED STATES (250 F. 3d 743); CRUZ-MORENO v. UNITED STATES (250 F. 3d 743); ELIZALDE-LIRA v. UNITED STATES (250 F. 3d 743); GEORGIA-LUCIANO v. UNITED STATES (250 F. 3d 743); HERRERA-HERNANDEZ v. UNITED STATES (250 F. 3d 742); JIMENEZ v. UNITED STATES (250 F. 3d 743); JUAREZ-SIDAS v. UNITED STATES (250 F. 3d 743); MARTINEZ-RAMOS v. UNITED STATES (250 F. 3d 743); MASCORRO-CHAVARRIA v. UNITED STATES (250 F. 3d 743); MOLINA-BARRAZA v. UNITED STATES (250 F. 3d 743); NAVARRO-FLORES v. UNITED STATES (250 F. 3d 743); POSADA-RANGEL v. UNITED STATES (250 F. 3d 743); REYES-NAVA v. UNITED STATES (250 F. 3d 743); RODRIGUEZ-AYALA v. UNITED STATES (250 F. 3d 742); RODRIGUEZ-GONZALEZ v. UNITED STATES (250 F. 3d 743); SANDOVAL-NUNGARAY v. UNITED STATES (250 F. 3d 743); and ZUNIGA-MARTINEZ v. UNITED STATES (250 F. 3d 743).  C. A. 5th Cir.  Certiorari denied.

No. 00–10186.  REYNOLDS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 00–10190.  BAZUAYE, AKA AUSTIN v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 00–10191.  BRAXTON v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 00–10192.  HERNANDEZ-BAUTISTA v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.